UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                           :
UNITED STATES OF AMERICA
                                                           :      CONSENT PRELIMINARY ORDER
           - v. -                                                 OF FORFEITURE/
                                                           :      <u>MONEY JUDGMENT</u>
SANJAY RUPARELIA,
      a/k/a "Jeezy,"                                        :      S1 22 Cr. 681 (CS)

                              Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

WHEREAS, on or about May 5, 2023, SANJAY RUPARELIA (the "Defendant"),

was charged in a three-count Superseding Information, S1 22 Cr. 681 (CS) (the "Information"),

with possession with intent to distribute, in violation of Title 21, United States Code, Sections

841(a)(1) & (b)(1)(C) (Count One), possession of a firearm after a felony conviction, in violation

of Title 18, United States Code, Section 922(g)(1) (Count Two), and bank fraud, in violation of

Title 18, United States Code, Sections 1344 and 2 (Count Three);

WHEREAS, the Information included a forfeiture allegation as to Count One of the

Information, seeking forfeiture to the United States, pursuant to Title 21, Untied States Code,

Section 853, of any and all property constituting or derived from, any proceeds obtained, directly

or indirectly, as a result of the offense charged in Count One of the Information, and any and all

property used, or intended to be used, to commit or to facilitate the commission of the offense

charged in Count One of the Information, including a sum of money representing the amount of

proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Information also included a forfeiture allegation as to Count Three

of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code,

Section 982(a)(2)(A), of any and all property constituting or derived from proceeds the Defendant

obtained, directly or indirectly, as a result of the commission of the offense charged in Count Three

of the Information, including a sum of money representing the amount of proceeds traceable to the commission of the offense charged in Count Three of the Information;

WHEREAS, on or about May 5, 2023, the Defendant pled guilty to Counts One through Three of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Three of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), a sum of money equal to $5,393.57 in Untied States currency, representing proceeds traceable to the commission of the offense;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $5,393.57 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Three of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Three of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Timothy Ly and Michael Maimin, of counsel, and the Defendant and his counsel, Howard Tanner, Esq., that:

1.      As a result of the offense charged in Count Three of the Information, to which the Defendant pled guilty, a money judgment in the amount of $5,393.57 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Three of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant SANJAY RUPARELIA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.     The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          9-6-2023
      TIMOTHY LY                                            DATE
      MICHAEL D. MAIMIN
      Assistant United States Attorneys
      50 Main Street, Suite 1100
      White Plains, NY 10606
      (914) 993-1910/-1952


SANJAY RUPARELIA

By: X _____          9-6-23
      SANJAY RUPARELIA                                DATE


By: _____          9/6/23
      HOWARD TANNER, ESQ.                        DATE
      Attorney for Defendant
      175 Main Street, Suite 800
      White Plains, NY 10601


SO ORDERED:

_____          9/6/23
HONORABLE CATHY SEIBEL                     DATE
UNITED STATES DISTRICT JUDGE